# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0063. KILGORE, JR. v. KILGORE.

Applicant Charles Robert Kilgore, Jr., requests an extension of time in which to file an application for discretionary review of the Superior Court of Cobb County's "Order on Plaintiff's Petition for Citation of Contempt," which he claims was issued on December 19, 2024, making his discretionary application due on or before January 18, 2025. However, the exhibits included with applicant's motion show that the lower court's "Order on Plaintiff's Petition for Citation of Contempt" was issued on October 30, 2024, nunc pro tunc to September 18, 2024. Pursuant to Court of Appeals Rule 16 (c), "[r]equests for extensions of time to file discretionary applications . . . must be made prior to the expiration of the period for filing as originally prescribed." And under Court of Appeals Rule 31 (a), "[a]n application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed[.]" Given the date actually reflected on the order from which applicant seeks to file an application for discretionary review, this request for an extension of time is untimely and is therefore ***DENIED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/15/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.